DANIEL J. BRODERICK, Bar #89424
Federal Defender
MARY M. FRENCH, Bar #126643
Supervising Assistant Federal Defender
Designated Counsel for Service
801 I Street, 3rd Floor
Sacramento, California 95814
Telephone: (916) 498-5700

Attorney for Defendant
RICHARD NUWINTORE

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | ) | NO. 07-mj-0084 EFB (DAD) |
|---|---|---|
| Plaintiff, | ) ) | STIPULATION AND ORDER CONTINUING DETENTION HEARING AND PRELIMINARY |
| v. | ) ) | EXAMINATION FOR DEFENDANT RICHARD NUWINTORE |
| RICHARD NUWINTORE, | ) ) | |
| Defendant. | ) ) ) | Date:  April 13, 2007<br>Time:  2:00 p.m.<br>Judge: HON. DALE A. DROZD |

    IT IS HEREBY STIPULATED between the parties, Kenneth Melikian, Assistant United States Attorney, attorney for plaintiff and Mary M. French, Supervising Assistant Federal Defendant, attorney for defendant RICHARD NUWINTORE, that both the detention hearing and the preliminary examination, currently set for April 6, 2007, and April 10, 2007, respectively, be continued until April 13, 2007, at 2:00 p.m. in front of the Honorable Dale A. Drozd.

/////

/////

/////

1  By this continuance, the defendant RICHARD NUWINTORE hereby waives
2 his right to have his preliminary examination held within ten (10) days
3 from the date of his initial appearance.

Dated: April 5, 2007

Respectfully submitted,

DANIEL J. BRODERICK
Federal Defender

/s/ Mary M. French
_____
MARY M. FRENCH
Supervising Assistant
Federal Defender
Attorney for Defendant
RICHARD NUWINTORE

Dated: April 5, 2007

MCGREGOR W. SCOTT
United States Attorney

/s/ Mary M. French for
_____
KENNETH MELIKIAN
Assistant U.S. Attorney
per telephonic authority

**O R D E R**

IT IS SO ORDERED.

DATED: April 5, 2007.

_____
DALE A. DROZD
UNITED STATES MAGISTRATE JUDGE

Ddad1/orders.criminal/nuwintore0084.stipord

2